## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| MARY ELLEN SISK, | ) | |
| An individual, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: |
| vs. | ) | |
| | ) | |
| THE PICTURE PEOPLE, INC. | ) | |
| A corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**SERVE**:    CT Corporation System
Registered Agent
120 South Central Ave.
Clayton, MO  63105

## COMPLAINT

**COMES NOW** Plaintiff, Mary Ellen Sisk, by and through her attorneys, and for her

Complaint against Defendant, The Picture People, Inc., states as follows:

1.    Plaintiff is and was at all relevant times a resident of the City of St. Louis, State of

Missouri.

2.    Defendant is and was at all relevant times a corporation registered with the

Missouri Secretary of State's Office and licensed to do business in the State of

Missouri.

3.    Upon information and belief, Defendant's corporate headquarters are located in

Plano, Texas, and at all relevant times employed more than fifty (50) employees

for each working day during each of the twenty (20) or more calendar weeks in

each calendar year relevant hereto.

4.    Defendant owns and operates nationally family and children's portrait studios and has four (4) stores in the State of Missouri.

5.    Plaintiff was employed by Defendant from on or about March 21, 2000, until August 23, 2007, when she was discharged from her employment and had worked for more than 1250 hours in the twelve (12) months preceding her request for medical leave.

6.    Effective June 3, 2007, Defendant placed Plaintiff on unpaid leave of absence pursuant to the Family and Medical Leave Act of 1993 ("FMLA").

7.    On June 12, 2007, Plaintiff underwent surgery to cure and relieve the effects of bi-lateral hip fractures.

8.    On August 20, 2007, Plaintiff returned to her position as manager of Defendant's West County Mall location in St. Louis County, Missouri, in accordance with her physician's instructions.

9.    On August 23, 2007, Plaintiff was informed by two (2) of Defendant's managers that her employment had been terminated. No reason for said termination was or ever has been presented to Plaintiff.

10.   Plaintiff alleges and asserts that the termination of her employment with Defendant was unlawful pursuant to Section §115 of the FMLA, codified at 29 U.S.C.A. Section §2615.

11.   The termination of Plaintiff's employment was discriminatory on the basis of Plaintiff's availing herself of her protected medical leave rights under the FMLA.

**WHEREFORE**, Plaintiff prays for judgment against Defendant as follows:

1.    Statutory damages in the amount of thirty-four thousand, two hundred and four
       dollars and zero cents ($34, 204.00) for lost wages, benefits and other
       compensation, plus interest thereon at the statutory rate, pursuant to 29 U.S.C.A.
       Section §2617(a)(1)(A)(i) and 29 U.S.C.A. Section §2617(a)(1)(A)(ii);

2.    Additional liquidated damages in the amount of the above-requested award,
       pursuant to 29 U.S.C.A. Section §2617(a)(1)(A)(iii);

3.    Equitable relief in the form of reinstatement or frontpay, as the Court deems
       appropriate, pursuant to 29 U.S.C.A. Section §2617(a)(1)(B);

4.    Attorneys' fees, expert witness fees and costs of this action, pursuant to 29
       U.S.C.A. Section §2617(a)(3); and

5.    Such other and further relief as this Court may deem just and proper.


                        Respectfully Submitted,

                        YATES & MAY, L.C.


                        By: _____
                        BRIAN H. MAY, #39694
                        M. ZANE YATES, #36232
                        Attorneys for Plaintiff
                        7710 Carondelet, Suite 303
                        St. Louis, Missouri  63105
                        (314) 725-8285
                        (314) 725-8201 Facsimile
                        yatesandmay@yatesandmay.com